1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
LYRALISA LAVENA STEVENS,          )      Case No. CV 08-1674-AHM (OP)
11                                 )
                                   )      ORDER ADOPTING FINDINGS,
12              Plaintiff,         )      CONCLUSIONS, AND
          v.                       )      RECOMMENDATIONS OF
13                                 )      UNITED STATES
                                   )      MAGISTRATE JUDGE
14   M. KNOWLES, Warden, et al.,   )
                                   )
15              Defendants.        )
                                   )
16   _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended

18   Complaint, all the records and files herein, and the Final Amended Report and

19   Recommendation of the United States Magistrate Judge.  The Court concurs with

20   and adopts the findings, conclusions, and recommendations of the Magistrate

21   Judge,

22          IT IS HEREBY ORDERED that:

23   (1)    approving and adopting this Final Amended Report and Recommendation;

24          (2)    dismissing Plaintiff's deliberate indifference claim against

25                 Defendants Collon, Andreasen, Bick, Limura-Yip, and Kelso

26                 for failing to provide Plaintiff with SRS (Claim Three) without

27                 further leave to amend and without prejudice;

28   / / /

1

1    (3)    dismissing Plaintiff's deliberate indifference claim against
2           Defendants Suiter and Thomas for failing to adequately
3           perform a mental health screening and failing to detect a brain
4           tumor (Claim One) without leave to amend and with prejudice;
5    (4)    dismissing Plaintiff's deliberate indifference claim against
6           Defendants Winslow, Thacker, and Phang for failing to refer
7           Plaintiff to an oral surgeon based on an infected wisdom tooth
8           (Claim Two) without prejudice for failing to comply with Rules
9           18 and 20;
10   (5)    dismissing Plaintiff's deliberate indifference claim against
11          Defendants Prevette, Elam, and Zamora for failing to provide
12          her with a pillow after her brain surgery (Claim Four) without
13          prejudice for failing to comply with Rules 18 and 20;
14   (6)    dismissing the Fourth Amended Complaint without leave to
15          amend for failure to follow the Court's order; and
16   (7)    directing that Judgment be entered accordingly.
17
18   DATED:  February 27, 2012
19                                    HONORABLE A. HOWARD MATZ
                                      Senior United States District Judge
20
21
22   Prepared by:
23
24   HONORABLE OSWALD PARADA
     United States Magistrate Judge
25
26
27
28

2