JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS, ) | Case No. CV 08-1674-AHM (OP) |
| ) | |
| Plaintiff, ) | J U D G M E N T |
| ) | |
| vs. ) | |
| ) | |
| M. KNOWLES, Warden, et al., ) | |
| ) | |
| Defendants ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ADJUDGED that the Fourth Amended Complaint is dismissed without
2  leave to amend.

4  DATED: February 27, 2012
5  HONORABLE A. HOWARD MATTZ
   Senior United States District Judge

6  **JS-6**

8  Prepared by:

11 _____
   HONORABLE OSWALD PARADA
   United States Magistrate Judge